RECEIVED AND FILED
2015 FEB 24 AM 10 21
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK



# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re ) Case No. BK-S-09-22036 LBR
)
Consolidated Maui, Inc., A Hawaii C ) IN PROCEEDINGS UNDER CHAPTER 7
  Debtor(s) )
) NOTICE OF UNCLAIMED FUNDS
)

TO:     Clerk, United States Bankruptcy Court

FROM:   William A. Leonard, Jr., Trustee

Pursuant to Bankruptcy Rule 3010 and 3011, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy court, and shall be withdrawn as provided in Chapter 129 Title 28, 2042.

| Claim # | Claimant & Claimant's Address | CAS 106000 | CAS 613300 |
|---|---|---|---|
| 1 | Liberty Bank<br>PO Box 2700<br>Middletown CT 06457 | | $ 32,084.88 |
| 5 | Concord Servicing Corp.<br>4725 N ScottsDale Rd # 300<br>ScottsDale AZ 85251 | | $ 91.48 |
| | Sub-Totals | $ 0.00 | $ 32,176.36 |
| | Total check | | $ 32,176.36 |

Date: December 22, 2014

_____
Trustee William A. Leonard, Jr.

# 221082   $ 32176.36